**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTINA JACKSON, on behalf of** her minor child, J.L. and **CINDY WESTMAN, on behalf of her minor child Z.R., and on behalf of all others similarly situated,** | ) ) ) ) ) | **CASE NO.5:24CV1708** |
| Plaintiffs, | ) ) ) | **JUDGE CHRISTOPHER A. BOYKO** |
| vs. | ) ) | |
| **PRENTKE ROMICH COMPANY D/B/A PRC-SALTILLO,** | ) ) ) | **ORDER OF REFERRAL** |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

Pursuant to Fed R. Civ. P. 72a and Local Rule 72.2 the Court refers the above-captioned case to Magistrate Judge Reuben J. Sheperd for a mediation to be conducted within sixty days of the date of referral in accordance with the Magistrate Judge's calendar. The parties shall file a joint status report one week following the conclusion of the mediation proceeding.

**IT IS SO ORDERED.**

Date: 1/30/25          /S/Christopher A. Boyko
                      **CHRISTOPHER A. BOYKO**
                      **United States District Judge**