## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINA JACKSON, on behalf of her minor child, J.L., and CINDY WESTMAN, on behalf of her minor child Z.R., and on behalf of all others similarly situated, | ) ) ) ) | CASE NO. 5:24-CV-01708 JUDGE CHRISTOPHER A. BOYKO |
| Plaintiffs | ) ) ) | |
| v. | ) ) | |
| PRENTKE ROMICH COMPANY d/b/a PRC-SALTILLO, | ) ) ) | |
| Defendant. | ) ) | |

### DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT

In accordance with Fed. Civ. R. 12(b)1) and 12(b)(6), Defendant Prentke Romich Company d/b/a/ PRC-Saltillo ("PRC") moves to dismiss Plaintiffs' Consolidated Class Action Complaint ("Complaint").  As explained more in the attached memorandum in support, which is incorporated by reference, Plaintiffs do not have standing and have failed to state a claim upon which relief can be granted.

The Court should grant this motion accordingly.

Dated: February 27, 2025

Respectfully Submitted,

/s/ Sydney K. Bell
Adam C. Smith (0087720)
Sydney K. Bell (0103759)
MCDONALD HOPKINS LLC
600 Superior Avenue East, Suite 2100
Cleveland, OH 44114
(216) 348-5400
E-mail: acsmith@mcdonaldhopkins.com
           sbell@mcdonaldhopkins.com

35789376.1

Timothy J. Lowe (P68669)
MCDONALD HOPKINS LLC
39533 Woodward Avenue, Suite 318
Bloomfield Hills, Michigan 48304
(248) 646-5070
Email: tlowe@mcdonaldhopkins.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the E-Filing System which will send notification of such filing to all counsel of record.

/s/ Sydney K. Bell
Adam C. Smith (0087720)
Sydney K. Bell (003759)
MCDONALD HOPKINS LLC

35789376.1