UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| CHRISTINA JACKSON, on behalf of her minor child, J.L., and CINDY WESTMAN, on behalf of her minor child Z.R., and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>PRENTKE ROMICH COMPANY d/b/a PRC-SALTILLO,<br><br>   Defendant. | Case No. 5:24-cv-01708<br><br>Judge Christopher A. Boyko |

**PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Under Fed. R. Civ. P. 23(e), Plaintiffs Christina Jackson, on behalf of her minor child, J.L., and Cindy Westman, on behalf of her minor child, Z.R. (collectively "Plaintiffs"), individually and on behalf of all others similarly situated, hereby move this Court for Preliminary Approval of a proposed class action settlement consisting of a $632,250.00 non-reversionary common fund.

In support thereof, Plaintiffs rely upon the accompanying Memorandum in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement; the Settlement Agreement ("Settlement Agreement") attached as **Exhibit 1** to the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement ("Federman Decl."), the records, pleadings, and papers filed in this action; and such other evidence or argument that may be presented to the Court. Plaintiffs consulted with Defendant before filing this Motion and determined that this Motion is unopposed.

                                      Respectfully submitted,

Dated: June 23, 2025                          */s/ William B. Federman*

William B. Federman (admitted *pro hac vice*)
Tanner R. Hilton (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
wbf@federmanlaw.com
trh@federmanlaw.com

**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates (0085579)
Dylan Gould (0097954)
119 East Court Street, Suite 530
Cincinnati, OH 45202
Telephone: (513) 651-3700
Facsimile: (513) 665-0219
tcoates@msdlegal.com
dgould@msdlegal.com

Tyler J. Bean (admitted *pro hac vice*)
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: tbean@sirillp.com

*Counsel for Plaintiffs and the Putative Class*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 23, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ William B. Federman*
William B. Federman